UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY ANNE PARKES,

                Plaintiff,

-against-

LATCH, INC.,

                Defendant.

Case No. 1:25-cv-00075 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action against Latch, Inc.

    The Court of Clerk issued summons as to Latch, Inc. on January 3, 2025.  Dkt. 3.  Plaintiff is directed to serve the summons and complaint upon Latch, Inc. within 90 days of the issuance of the summonses.  If service has not been made within 90 days after the date the summonses are issued, and Plaintiff has not requested an extension of time to serve, the Complaint as against Latch, Inc. may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

    The Clerk of Court is directed to send a copy of this Order to Plaintiff by mail together with an information packet detailing the steps necessary to effect proper service.

Dated: January 22, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge