UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY ANNE PARKES,

                              Plaintiff,

-against-

LATCH, INC.,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025

POST-CONFERENCE ORDER

25-CV-0075 (JLR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

On March 26, 2025, the parties appeared before the undersigned for an initial case management conference. As discussed at the conference and set forth below:

Plaintiff shall file her amended complaint **by April 2, 2025**. There shall be no further amendments to the pleadings or joinder of parties after April 2, 2025 absent good cause.

The parties shall complete fact discovery **by September 30, 2025**.

The parties shall serve any document requests **by April 28, 2025**.

Defendant shall file its Answer or, alternatively, a Motion to Dismiss **by May 2, 2025**. In the event Defendant files a Motion to Dismiss, Plaintiff shall file her opposition **by June 2, 2025**. Defendant shall file its reply **by June 16, 2025**. No pre-motion letter is required in advance of any motion to dismiss.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

Dated: March 26, 2025
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge