United States District Court

Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2025
```

Tiffany Anne Parkes,

       Plaintiff,      Index No. 25-cv-00075

- against -             MOTION FOR REMOVAL OF INCORRECT FILING

Latch, Inc.

       Defendant.

-----------------------------------------------------x

The plaintiff requests that Document 9 be removed from the docket as it was incorrectly filed on March 19th, 2025 by the clerk. The document was sent with the correct case number noted in the e-mail subject, the file name, and on the Index No. line (along with the amended appeal to which the motion refers).

> Granted. The Clerk of Court is respectfully requested to strike ECF 9 from the Docket.
>
> SO ORDERED:
>
> *Katharine H. Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
>
> 03/26/2025