**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
TIFFANY ANNE PARKES,

                            Plaintiff,

              -against-                                              25 **CIVIL** 00075 (JLR)

                                                      **<u>JUDGMENT</u>**

LATCH, INC.,

                            Defendant.
---------------------------------------------------------------X

           It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 21, 2025, Defendant's motion to dismiss is GRANTED in its entirety. Accordingly, the case is closed.

**Dated:**  New York, New York

          October 22, 2025

                                               **TAMMI M. HELLWIG**
                                             _____
                                             **Clerk of Court**

                        **BY:**

                                             _____
                                           **Deputy Clerk**