USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY ANNE PARKES,

                Plaintiff,

-against-

LATCH, INC.,

                Defendant.

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

25-CV-0075 (JLR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the Opinion & Order filed on October 21, 2025 (doc. no 40) the Case Management Conference currently scheduled for **December 2, 2025** is hereby adjourned *sine die*.

**The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

Dated: October 22, 2025
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge